CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEO MARTINEZ-MARTINEZ, et al.,<br><br>    Defendants. | Case No.: 2:13-cr-024 TLN<br><br>STIPULATION AND ORDER ADVANCING MATTER |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Leo Martinez-Martinez, that the matter be added to the court's criminal calendar on October 24, 2013, at 9:30 a.m., for change of plea.  The matter is presently set for Trial Confirmation Hearing on December 5, 2013.

DATED:      October 17, 2013         /S/     Olusere Olowoyeye_____
                                     OLUSERE OLOWOYEYE
                                     Attorney for Plaintiff


                                     /S/     Clemente M. Jiménez_____
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for LEO MARTINEZ-MARTINEZ

**ORDER**

IT IS SO ORDERED, that the above-entitled matter be placed on the court's criminal calendar on October 24, 2013, at 9:30 a.m. for change of plea.

This 22nd day of October, 2013

Troy L. Nunley
United States District Judge