CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEO MARTINEZ-MARTINEZ,<br><br>        Defendant. | Case No.: 2:13-cr-024 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   January 16, 2014<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant LEO MARTINEZ-MARTINEZ, that the sentencing hearing scheduled for January 16, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on February 13, 2014, at 9:30 a.m. for judgment and sentencing. After further review of the pre-sentence report, defense counsel anticipates filing objections and a sentencing memorandum. Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

Objections due: 1/23/14

Final PSR due: 1/30/14

Motion for Correction: 2/6/14

Reply, or Non-Opposition:  2/13/14

J&S:  2/20/14

DATED:        January 14, 2014            /S/      Olusere Olowoyeye_____
                                          OLUSERE OLOWOYEYE
                                          Attorney for Plaintiff


                                          /S/      Clemente M. Jiménez_____
                                          CLEMENTE M. JIMÉNEZ
                                          Attorney for LEO MARTINEZ-MARTINEZ


# ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 16, 2014, at 9:30 a.m., be vacated and the matter continued to February 13, 2014, at 9:30 a.m. for judgment and sentencing.

This 15th day of January, 2014

                                          _____
                                          Troy L. Nunley
                                          United States District Judge