1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  LEO MARTINEZ-MARTINEZ

6            IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>LEO MARTINEZ-MARTINEZ,<br><br>              Defendant. | Case No.: 2:13-cr-0024 TLN<br><br>AMENDED STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  January 16, 2014<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant LEO MARTINEZ-MARTINEZ, that the sentencing hearing scheduled for January 16, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on **February 20, 2014**, at 9:30 a.m. for judgment and sentencing. After further review of the pre-sentence report, defense counsel anticipates filing objections and a sentencing memorandum.  Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

Objections due:  1/23/14

Final PSR due:  1/30/14

Motion for Correction:  2/6/14

Reply, or Non-Opposition:  2/13/14

J&S:  2/20/14


DATED:       January 14, 2014          /S/     Olusere Olowoyeye_____
                                       OLUSERE OLOWOYEYE
                                       Attorney for Plaintiff


                                       /S/     Clemente M. Jiménez_____
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for LEO MARTINEZ-MARTINEZ


## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 16, 2014, at 9:30 a.m., be vacated and the matter continued to February 20, 2014, at 9:30 a.m. for judgment and sentencing.

This 17th day of January, 2014

_____
Troy L. Nunley
United States District Judge