CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEO MARTINEZ-MARTINEZ,<br><br>　　　　Defendant. | Case No.: 2:13-cr-0024 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:　June 26, 2014<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Troy L. Nunley |
|---|---|

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant LEO MARTINEZ-MARTINEZ, that the sentencing hearing scheduled for June 26, 2014, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on July 3, 2014, at 9:30 a.m. for judgment and sentencing. Defense counsel had intended on filing a supplemental sentencing memorandum last week, but was unable to do so due to a death in the family. The defense anticipates submitting its sentencing memorandum to the court by week's end.

DATED:　　June 24, 2014　　　　　　　/S/　　Olusere Olowoyeye_____
　　　　　　　　　　　　　　　　　　　　　OLUSERE OLOWOYEYE
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

- 1 -

/S/      Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for LEO MARTINEZ-MARTINEZ

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for June 26, 2014, at 9:30 a.m., be vacated and the matter continued to July 3, 2014, at 9:30 a.m. for judgment and sentencing.

This 24th day of June, 2014

Troy L. Nunley
United States District Judge